| Fill in this information to identify the case: |
| --- |
| Debtor name **BRE Homes, LLC** |
| United States Bankruptcy Court for the: **Eastern District of Washington** |
| Case number (if known): |

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Trevor McClure and Kristina Moneypenny<br>1674 NW Eagle Bluff Lane<br>Bremerton, WA 98311 | | | | | | $828,000.00 |
| 2 | Michael Perkins<br>3300 NW 185th Ave #103<br>Portland, OR 97229 | | | | | | $210,000.00 |
| 3 | McCutchan, Inc.<br>20203 99th Ave SE<br>Snohomish, WA 98296 | | | | | | $60,000.00 |
| 4 | Bayside Business Management LLC<br>100 N. Howard St. Ste R<br>Spokane, WA 99201 | | | | | | $50,000.00 |
| 5 | YA Engineering Services LLC<br>PO Box 95922<br>Chicago, IL 60694 | | | | | | $24,890.00 |
| 6 | Dickson Frohlich Phillips Burgess PLLC<br>909 A Street Ste 900<br>Tacoma, WA 98402 | | | | | | $2,980.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor **BRE Homes, LLC** Case number *(if known)*

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |



26-01996-FPC11 Doc 2 Filed 10/08/26 Entered 10/08/26 15:12:01 Pg 2 of 2